UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14058-CR-MOORE

UNITED STATES OF AMERICA,

       Plaintiff(s),

vs.

ANTHONY ALEXANDER BACCHUS,

       Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's Report and Recommendation on Change of Plea, issued October 15, 2007 [75]. After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**. The defendant Anthony Alexander Bacchus is hereby adjudicated guilty of the offense charged.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of January, 2008.

                                                K. MICHAEL MOORE
                                                UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record